UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERT HAFT,

Defendant.

**ORDER**

(S1) 22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court today, the Defendant is released on bail under the following conditions:

(1) a $100,000 personal recognizance bond, co-signed by two financially responsible persons;

(2) surrender of all travel documents and no new applications;

(3) travel restricted to the Southern and Eastern Districts of New York, the Southern District of Florida, and the District of New Jersey; and

(4) all other standard conditions of release.

The Defendant may be released on his own signature.

Dated: New York, New York
October 12, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge