# LAWRENCE H. SILVERMAN
### ATTORNEY AT LAW
350 VETERANS MEMORIAL HIGHWAY
COMMACK, N.Y. 11725

———

(631) 543-5434

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

January 6, 2023

**VIA ECF AND**
**FACSIMILE (212) 805-7986**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Center Street, Room 2204
New York, New York 10007

Re:    United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

I represent Albert Haft who, pursuant to a cooperation agreement with the government, pled guilty to an information in the above-referenced case before you on October 12, 2022.

I write to request that Mr. Haft be granted a modification of the conditions of his release to permit him to travel to 392 Yorkshire Road, Bryn Mawr, Pennsylvania on January 14, 2023 to visit with his family and return on January 15, 2023.

Presently, Mr. Haft's travel outside of the Southern District of New York is limited to the Eastern District of New York, the District of New Jersey and the Southern District of Florida.

AUSA Mathew Andrews his indicated that he does not oppose this application and it is my understanding that Pre-trial Officer Harris as well does not.

Respectfully submitted,

Lawrence H. Silverman

cc:    AUSA Mathew Andrews (via email)
PTO Jazzlyn Harris (via email)