UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. -

BRADLEY PIERRE, et al.
MARVIN MOY,
WILLIAM WEINER,
ANDREW PRIME,
ARTHUR BOGORAZ, and
ALBERT HAFT,

          Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court will hear oral argument on Defendant Weiner's motion for early return of Rule 17 subpoenas (Dkt. No. 109) on **April 11, 2023, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    The Court will hear oral argument on Defendants' pretrial motions (Dkt. No. 106) on **April 11, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 21, 2023

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge