UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ANDREW PRIME, and
ARTHUR BOGORAZ,

                  Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at the April 28, 2023 conference:

1. the next pretrial conference is scheduled for June 6, 2023, at 2:30 p.m. in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York;

2. the parties will file the insurance policies relevant to Defendant Pierre's motion to partially dismiss Count One of the Indictment (Dkt. No. 102) as soon as practicable.

Dated: New York, New York
       May 2, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge