# LAWRENCE H. SILVERMAN
ATTORNEY AT LAW
350 VETERANS MEMORIAL HIGHWAY
COMMACK, N.Y. 11725

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

(631) 543-5434

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

*Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**
Dated: May 15, 2023

May 12, 2023

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Center Street, Room 2204
New York, New York 10007

Re: United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

I represent Albert Haft who, pursuant to a cooperation agreement with the government, pled guilty before you on October 12, 2022 to an information in the above-referenced case and is at liberty pursuant to a personal recognizance bond. Since that time Mr. Haft has complied with all conditions of his release and has surrendered his passport.

Presently, Mr. Haft's travel outside of the Southern District of New York is limited to the Eastern District of New York, the District of New Jersey and the Southern District of Florida. Mr. Haft requests permission for family related travel on the following dates:

- on June 5, 2023 to be present for the anticipated birth of a grandchild on that date, returning 3 days later, residing at 392 Yorkshire Road, Bryn Mawr, Pennsylvania;

- on June 10 2023, returning on June11, 2023 residing at Radner Hotel in Wayne Pennsylvania.

- from August 5, 2023 for approximately two weeks to Aruba depending on flight and room availability. He will stay at the Ritz Carlton Hotel with his wife and family. The itinerary and details will be provided to Pre-Trial Services Officer Harris as soon as they are confirmed.

AUSA Mathew Andrews and Pre-trial Officer Harris have indicated that they do not oppose these requests.

Respectfully submitted,

*Lawrence H. Silverman*

Lawrence H. Silverman

cc: AUSA Mathew Andrews (via email)
PTO Jazzlyn Harris (via email)