**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BRADLEY PIERRE, et al.,<br><br>                    Defendant. | 22-CR-19 PGG<br><br>**MOTION TO WITHDRAW APPEARANCE** |

COMES NOW, Onalee Rose Roth Yousey, pursuant to Local Rule 1.4 and respectfully moves this Court for an order withdrawing her appearance as counsel in this matter for Defendant Dr. Marvin Moy.  The grounds for this request are as follows:

1.     Eric Creizman and Melissa Madrigal are the lead attorneys representing Dr. Moy and have appeared in this case on his behalf.

2.     Eric Creizman and Melissa Madrigal, who are no longer employed with Armstrong Teasdale LLP, will remain as counsel for Dr. Moy. Undersigned counsel has contacted Eric Criezman and he has given his consent for this Motion.

3.     This withdrawal will not necessitate any change to the schedule of litigation and will not cause substantial delay to any party.

Dated:  May 31, 2023

                                        ARMSTRONG TEASDALE LLP

                                        By: /s/ *Onalee R. Yousey*
                                            Onalee R. Yousey, #72742MO (pro hac)
                                            7700 Forsyth Blvd., Suite 1800
                                            St. Louis, MO 63105
                                            314.621.5070
                                            314.621.5065 (Facsimile)
                                            oyousey@atllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, the foregoing was served electronically upon all counsel of record.

/s/ Onalee R. Yousey