

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY EMAIL AND ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   ***United States v. Pierre, et al,*** 22 Cr. 19 (PGG)

Dear Judge Gardephe:

      Further to the Court's order at Dkt. No. 179, the Government writes respectfully to request that the Court exclude time under the Speedy Trial Act through the date of the next conference in this matter, which is set for July 11, 2023, at 3:00 p.m.  In addition to the motion practice referenced in previous correspondence, the Government has conferred with counsel for the defense, who also consent to the exclusion of time on the basis that the parties continue to review the voluminous discovery produced in the case, and continue to meet and confer with the Government regarding potential plea dispositions.

      Thank you for your consideration of this request.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

      By:    /s/
                MATHEW ANDREWS
                LOUIS A. PELLEGRINO
                Assistant United States Attorneys
                Tel. (212) 637-6526 / 2617
                mathew.andrews@usdoj.gov
                louis.pellegrino@usdoj.gov