

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:      *United States v. Bradley Pierre, et al.*,
                              22 Cr. 19 (PGG)

Dear Judge Gardephe:

       The parties jointly request that the Court adjourn the status conference in the above-captioned matter by one week from August 2, 2023 to August 9, 2023. William Weiner and Bradley Pierre need to be processed by the United States Marshals Service and the Internal Revenue Service, and the adjournment will allow Weiner and Pierre to be processed and arraigned on the same day (thereby saving travel time and inconvenience). If August 9, 2023 is not suitable for the Court, the parties are also available Monday August 7, 2023. In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act through the date of the initial conference set by the Court.

       The Government submits that this request would be in the interest of justice. The parties have continued to use their time to discuss initial meet and confer obligations, including discussing discovery plans and other considerations in advance of the Court's initial conference. All defendants have consented to this request.

       Thank you for your consideration of this request.

**MEMO ENDORSED**

*The conference is adjourned to August 14, 2023 at 3:00 p.m. The request for an exclusion of time is denied, because this letter does not provide an appropriate basis for an exclusion of time under the Speedy Trial Act.*

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
July 31, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:        /s/
     MATHEW ANDREWS
     Assistant United States Attorney
     Tel.   (212) 637-6526