**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

August 23, 2023

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

**BY ECF**

Re:   Unites States v. Jean Pierre
      S2 22 Cr. 19 (PGG)

Dear Judge Gardephe:

We represent defendant Jean Pierre in this action.   I write to seek the Court's permission for my client to travel with his family from his home in Bayonne, NJ to see family friends from September 1, 2023 to September 4, 2023 in East Stroudsburg, PA.   I have been informed by the government, by AUSA Mathew Andrews, and Pretrial Services, by Officer Stephen Boose, that they have no objection to this request.   Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Denis Kelleher, Esq.
Denis Kelleher, Esq.

cc:   AUSA Mathew Andrews (by ECF)