

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Bradley Pierre, et al,*
                  22 Cr. 19 (PGG)

Dear Judge Gardephe:

      The Government writes to supplement its request for a brief adjournment of trial in the above-captioned matter. The Government estimates that the *Neumann* trial, which is scheduled to begin on January 8, 2024, will last approximately 4 weeks until February 5, 2024. As the Court is aware, the Government will then need a brief amount of time to prepare this trial. The Government estimates that it will call approximately 40 witnesses (due to the number of defendants and complexity of the charges), and accordingly requests a short period of 4-5 weeks to prepare. This would place the trial date in early- to mid-March 2024.

      The Government has contacted defense counsel about this adjournment request but has still not received a response. The Government is ready and willing to accommodate the schedules of the Court and defense counsel if a brief adjournment is granted.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

             By:        /s/
                    MATHEW ANDREWS
                  QAIS GHAFARY
                  MICHAEL LOCKARD
                  Assistant United States Attorney
                  Tel.   (212) 637-6526