# LAWRENCE H. SILVERMAN
ATTORNEY AT LAW
350 VETERANS MEMORIAL HIGHWAY
COMMACK, N.Y. 11725

(631) 543-5434

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

October 24, 2023

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Center Street, Room 2204
New York, New York 10007

Re: United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

I represent Albert Haft who is at liberty pursuant to a personal recognizance bond. Upon information and belief, Mr. Haft has surrendered his passport and complied with all conditions of his release.

Presently, Mr. Haft's travel outside of the Southern District of New York is limited to the Eastern District of New York, the District of New Jersey and the Southern District of Florida. Mr. Haft requests permission for family related travel on the following dates:

Mr. Haft would like to travel to a visit his family at 392 Yorkshire Road Bryn Mawr, Pa. His son's residence, from November 11-12, 2023.

AUSA Mathew Andrews and Pre-trial Officer Jazzlyn Harris have indicated that they do not oppose these requests.

Respectfully submitted,

H. Silverman

cc: AUSA Mathew
PTO Jazzlyn Ha

**MEMO ENDORSED**
The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: October 27, 2023