AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern District__ District of __New York__

| | |
|---|---|
| United States<br>Plaintiff(s),<br>V.<br>Arthur Bogoraz<br>Defendant(s). | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 22 Cr. 19 (PGG) |

Notice is hereby given that, subject to approval by the court, __Arthur Bogoraz__ substitutes
(Party (s) Name)

__Max Nicholas_____, State Bar No. __4692463__ as counsel of record in
(Name of New Attorney)

place of __Aaron Rubin_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　Max Nicholas LLC
　Address:　　　40 Exchange Place, Suite 1800
　Telephone:　　(646) 741-0229　　　　Facsimile　(646) 741-0229
　E-Mail (Optional):　max@maxnicholasll.com

I consent to the above substitution.
Date:　1/23/2024
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　1/23/2024
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　1/23/2024
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　_____
　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]