

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

February 5, 2024

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>**United States v. Arthur Bogoraz, 22 Cr. 19 (PGG)**</u>

Dear Judge Gardephe:

      I respectfully write to request that the sentencing date for defendant Arthur Bogoraz, which is currently scheduled for May 14, 2024, be adjourned for approximately 60 days, to a date in or around July 2024 that is convenient for the Court.  I have conferred with Government counsel about this request, and the Government consents.

      I entered this case on behalf of Mr. Bogoraz on January 24, 2024, and I am in the process of learning the record and all of the facts and circumstances pertaining to Mr. Bogoraz.  In making this request, I am seeking to ensure that I have enough time to study the record, discuss the procedural history of the case with the Government, meet with Mr. Bogoraz about the facts of the case, its procedural history, and all of the factors that may relate to sentencing, including his history and characteristics, and counsel Mr. Bogoraz through the remainder of his case.

      Thank you for considering this request.

Respectfully submitted,

/s/ *Max Nicholas*

_____

Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com