# LAWRENCE H. SILVERMAN
### ATTORNEY AT LAW
### 350 VETERANS MEMORIAL HIGHWAY
### COMMACK, N.Y. 11725

(631) 543-5434

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 17, 2024

June 11, 2024

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Center Street, Room 2204
New York, New York 10007

Re:   United States v. Albert Haft
      United States District Court
      Southern District of New York
      File No. 22 CR 19 PGG

Dear Judge Gardephe:

I represent Albert Haft who is at liberty pursuant to a personal recognizance bond. Mr. Haft has surrendered his passport and, upon information and belief, has complied with all conditions of his release.

Presently, Mr. Haft's travel outside of the Southern District of New York is limited to the Eastern District of New York, the District of New Jersey and the Southern District of Florida. Mr. Haft requests permission for family-related travel on the following dates:

June 15 to June 16 - 392 Yorkshire Road Bryn Mawr, PA for Fathers Day.

Vacation with Mrs. Haft

Aug 7-10 - Ritz Carlton - 8301 Hollister Ave., Santa Barbara CA
Aug 10-12 - Hotel Casa Del Mar - 1910 Ocean Way, Santa Monica CA
Aug 12-17 - Shutters on the Beach - 1 Pico Blvd., Santa Barbara CA

AUSA Mathew Andrews and Pre-trial Officer Jazzlyn Harris have indicated that they do not oppose these requests.

Respectfully submitted,

Lawrence H. Silverman

cc:   AUSA Mathew Andrews (via email)
      PTO Jazzlyn Harris (via email)