

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

October 10, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. William Weiner</u>, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

      We write on behalf of our client, Dr. William Weiner, requesting that the Court order the return of Dr. Weiner's passport, which counsel confirmed is in possession of Pretrial Services as of October 10, 2024. Dr. Weiner has been sentenced in this case and is currently on probation. Dr. Weiner has reached out to the Probation Office and the Office has no objection to the return of Dr. Weiner's passport. *See* Ex. A (email exchange between Dr. Weiner's counsel and Dr. Weiner's Probation Officer). Furthermore, counsel has reached out to the Government, and the Government likewise does not object to the return of Dr. Weiner's passport. Thus, Dr. Weiner respectfully requests that the Court issue an order directing Pretrial Services to return Dr. Weiner's passport.

Respectfully submitted,

<u>/s/ Kelly B. Kramer</u>
Kelly B. Kramer
*Counsel to Dr. William Weiner*

CC: All Counsel of Record