

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

October 10, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
> The Application is granted.
> SO ORDERED:
>
> /s/ Paul S. Gardephe
>
> Paul G. Gardephe, U.S.D.J.
>
> Date: October 15, 2024

Re:    United States v. William Weiner, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

      We write on behalf of our client, Dr. William Weiner, requesting that the Court order the return of Dr. Weiner's passport, which counsel confirmed is in possession of Pretrial Services as of October 10, 2024. Dr. Weiner has been sentenced in this case and is currently on probation. Dr. Weiner has reached out to the Probation Office and the Office has no objection to the return of Dr. Weiner's passport. *See* Ex. A (email exchange between Dr. Weiner's counsel and Dr. Weiner's Probation Officer). Furthermore, counsel has reached out to the Government, and the Government likewise does not object to the return of Dr. Weiner's passport. Thus, Dr. Weiner respectfully requests that the Court issue an order directing Pretrial Services to return Dr. Weiner's passport.

Respectfully submitted,

*/s/ Kelly B. Kramer*
Kelly B. Kramer
*Counsel to Dr. William Weiner*

CC: All Counsel of Record

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

# Exhibit A

# Sinnott, William

| | |
|---|---|
| **From:** | Jaquita Mitchell <Jaquita_Mitchell@nyep.uscourts.gov> |
| **Sent:** | Tuesday, October 1, 2024 6:30 PM |
| **To:** | Sinnott, William |
| **Subject:** | Re: William Weiner - Case No. 22-cr-19 (SDNY)  re: Passport Return [MB-AME.FID9597819] |

**CAUTION: External Email -** Only click on contents you know are safe.

No objections from Probation. Thank you.

On Oct 1, 2024, at 5:54 PM, Sinnott, William <WSinnott@mayerbrown.com> wrote:

 CAUTION - EXTERNAL:

Officer Mitchell:

I represent Dr. William Weiner in the case *United States v. Weiner*, No. 22-cr-19. I believe Dr. Weiner was recently assigned to you as his Probation Officer. Dr. Weiner has asked me to reach out to you about the return of his passport. Please let me know whether you consent to a court order for the return of Dr. Weiner's passport. If you would like to discuss further, you can reach me at 202-263-3439 or by email. Thank you very much for your time and attention to this matter.

Best,

**Will Sinnott**
*Associate*
1999 K Street, NW
Washington, DC 20006-1101 United States of America
T +1-202-263-3439
wsinnott@mayerbrown.com
mayerbrown.com
Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.