# LAWRENCE H. SILVERMAN
ATTORNEY AT LAW
350 VETERANS MEMORIAL HIGHWAY
COMMACK, N.Y. 11725

(631) 543-5434

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

December 2, 2024

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe, U.S.D.J.*

Dated: December 3, 2024

VIA ECF
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Center Street, Room 2204
New York, New York 10007

Re: United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

I represent Albert Haft who is at liberty pursuant to a personal recognizance bond. Mr. Haft has surrendered his passport and, upon information and belief, has complied with all conditions of his release.

Presently, Mr. Haft's travel outside of the Southern District of New York is limited to the Eastern District of New York, the District of New Jersey and the Southern District of Florida. Mr. Haft requests permission to visit his family in Pennsylvania on the following dates:

December 13-16, 2024 to 392 Yorkshire Road Bryn Mawr, PA.

AUSA Mathew Andrews and Pre-trial Officer Jazzlyn Harris have indicated that they do not oppose this request.

Respectfully submitted,

Lawrence H. Silverman

cc: AUSA Mathew Andrews (via email)
PTO Jazzlyn Harris (via email)