UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ALBERT HAFT,

        Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of Defendant Haft will take place on **January 13, 2026, at 3:00 p.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of the Defendant are due on **December 30, 2025**, and the Government's sentencing submission is due on **January 6, 2026**.

    In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will include proposed orders with its sentencing submission, along with an explanation of how the restitution and/or forfeiture amounts were calculated.

    The Probation Office is directed to prepare a pre-sentence report for Defendant Haft.

Dated: New York, New York
       October 9, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge