UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERT HAFT,

Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for January 13, 2026, at 3:00 p.m. is adjourned to **January 21, 2026, at 3:00 p.m.** Any submissions on behalf of the Defendant are due on **January 7, 2026**, and the Government's sentencing submission is due on **January 14, 2026**.

Dated: New York, New York
December 30, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge