**LAWRENCE H. SILVERMAN**
ATTORNEY AT LAW
350 VETERANS MEMORIAL HIGHWAY
COMMACK, N.Y. 11725

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

(631) 543-5434

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

January 7, 2025

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street, Room 2204
New York, New York 10007

Re:    United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

Based today's Order (Doc. 551) in which Your Honor directed the disclosure of grand jury transcripts and that the Government and defense counsel address both a potential obstruction of justice enhancement and allegations in Dr. William Weiner's Sentencing Memorandum regarding Mr. Haft, it is respectfully requested that today's deadline for filing Mr. Haft's Sentencing Memorandum and the January 21, 2026 sentencing date be adjourned to allow sufficient time for the Government and the defense counsel to comply with those directions.

Respectfully submitted,

Lawrence H. Silverman

cc:    AUSA Michael Lockhard (via email)
AUSA Qais Ghafary (via email)

MEMO ENDORSED

Sentencing is adjourned to Feb. 11, 2026 at 3:00 p.m. The Government will produce the defendant's grand jury testimony to the Court and to defense counsel by January 12, 2026. Defendant's sentencing submission is due by January 28, 2026, and the Government's sentencing submission is due by February 4, 2026.

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

Dated:    January 7, 2026