UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

        v.

ALBERT HAFT,                       Docket No. 22 Cr. 19 (PGG)

               Defendant.
----------------------------------------------------------x


# SENTENCING MATERIALS


Lawrence H. Silverman (2353)
*Attorney for Defendant Albert Haft*
350 Veterans Memorial Hwy
Commack, New York 11725
(631) 543-5434

Albert Haft

Oceanside, NY 11572

January 3, 2025

Hon. Paul G. Gardephe,
United States District Court
40 Centre Street
New York, NY 10013

Dear Judge Gardephe:

I met Bradley Pierre through my chiropractor client Dominic Mazza. My arrangement with Bradley was to prepare and file his personal and business tax returns. I questioned the information he gave me and despite this I filed his returns knowing the taxable income was understated.

Bradley introduced me to Dr. William Weiner to handle his personal and business tax returns. Dr. Weiner insisted that his country club charges, automobile expenses and landscaping improvements were deductible. I knew they were not yet I prepared and filed the returns.

The fees I charged to both of them were the fees I charged to every client.

When I received the grand jury subpoena, I appeared without an attorney. Subsequently, I retained Mr. Silverman, returned to testify to the grand jury. I agreed to be interviewed by and cooperate with the government. I attended many sessions over many hours and produced records multiple times.

I understand from Mr. Silverman that Dr. Weiner's counsel has charged that I somehow was taking advantage of his client. Nothing could be further from the truth. Dr. Weiner had disputes with Bradley Pierre over his income and expenses. I prepared the returns and Dr. Weiner signed them knowing all, including that it was improper to deduct his all of his country club, automobile and landscaping expenses.

I make no excuses for my wrongdoing. Words cannot express the shame I feel. I could not bring myself to tell some in my family for months, in some cases until recently. I am aware that the Probation Office has recommended a prison sentence. I respectfully ask that if one is imposed that I be allowed to serve one that does not involve confinement for 24 hours a day.

Respectfully,

Albert Haft

Albert Haft

# DAVID H. HAFT, P.A.



1526 Cardinal Way, Suite A
Weston, Florida 33327

David H. Haft
(516) 782-8612 (phone)
(954) 459-1858 (phone)
(754) 253-8748 (fax)
david@dhaftlaw.com

December 29, 2025

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10013

        **Re:**    **United States v. Albert Haft**
                   **22 CR 19 (PGG)**

Dear Judge Gardephe:

     I am writing this letter for your consideration as not only just the oldest son of Albert Haft, the above named Defendant, but also as a practicing attorney myself of more than 16 years, who actively practices through the State and Federal Courts of both Florida and New York, including in this very Court. While I do not believe that I have never personally appeared before Your Honor, I have done so before several of your colleagues not only within this district, but also before those sitting on the bench in the Eastern District, as well the US Bankruptcy Courts in both the Eastern and Southern Districts of New York. Under other circumstances, I don't believe I would be inclined to mention any of the preceding information regarding my professional status in a critical letter such as this, but I wanted the Court before reading further, to understand that, as a practicing attorney and member of several bars, irrespective of the fact this letter is being written on behalf of my father, the importance and significance of these letters commands the utmost respect and not a fact lost on me in any way. Additionally, I wanted to express my personal gratitude for the Court's willingness to read letters from my fathers from friends, family and business associates, and to take these stories and information to truly learn about who my father is, aside from just being another named Defendant in a case before you.

To put things simply with respect to my father, I consider him my role model and, if I could achieve just an iota of what my father has in his life not just professionally, but more significantly as a loving, dedicated, pillar of my support to my own young family, I would consider that achievement to be the highest accomplishment for myself in my life. From the time I was born, and then after my brother and sister coming into the mix, my father has been nothing short of our family's personal superman who has never hesitated to do whatever he needed to do to make sure his children (and subsequent grandchildren) have been afforded every opportunity and resource available without hesitation. Apologies for the cliché, but to my father, "family" is not just a word; it is a responsibility that he carries with immense pride. He has always been the person we turn to in a crisis, the one who listens without judgment, and the man who puts the needs of his children and grandchildren far above his own comforts. Just by way of brief example, my father did not hesitate to book a 36 hour trip just a day ago to travel and be with me while seeing a new medical specialist for a rare autoimmune condition I currently suffer from because of his genuine love and care for me.

To provide some additional context regarding the above, I want to share a story regarding my father that spans more than 10 years and continues through as recently the date of this letter. My oldest son (12) and my father's oldest grandson was diagnosed at the age of 2 as having autism spectrum disorder, all while I personally was going through an extremely contentious divorce from my son's mother, which sadly continues to date, and continues to take a tremendous toll on my emotional and mental well-being, in addition to my own financial wherewithal to provide the necessary and essential care to not only my special needs son, but also my five (5) year old daughter and two (2) year old son. At every step throughout this seemingly never ending grueling process, my father has been my rock. To put things more simply, without my father's unrelenting emotional support and financial help he has continuously provided, I'd be scared to think about where myself, my son and my family would be in life. He has been the "glue" that has kept our family unit from fracturing under the weight of these legal and personal battles.

I share this information in no way to excuse or justify my father's wrongdoings and mistakes in this case. Frankly, if I genuinely believed that, I think my father would be beyond disappointed in me and wonder how I could be a person that he raised. As I sit here today, the version of my father is a much different version than from before this case began. As difficult as a process as it has undoubtedly been for him, I can say to Your Honor without hesitation, that my father is embarrassed for his mistakes, feels like no matter what he does, he has let down his family,

and has become truly humbled by this experience. In summary, my father is an incredible, amazing, caring person, and even more loving husband, father and grandfather, that made a poor choice, right or wrong. I am truly hope that the Court can recognize these exact things about who Albert Haft is, what he means to his family, and that he is a good person that made a bad choice, for which I am unsure he will ever forgive himself.

Finally, if Your Honor is inclined, whether in open court or otherwise, to stand before this Honorable Court and further share my feelings regarding my father and the importance of his being present, as he has always done so, for our family.

Thank you for your time and consideration regarding this matter.

Respectfully,

David H. Haft



**Adam P. Haft**
~~302 Yorkshire Road~~ Bryn Mawr PA 19010
~~(516) 443-185~~
~~haft00504@gmail.com~~

January 5, 2026

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10013

   **Re: United States v. Albert Haft 22 CR 19 (PGG)**

Dear Judge Gardephe:

   I am writing this letter in support of my father, Albert Haft. In addition to being my father's youngest child, I am also an attorney who has been practicing for over nine years and am currently licensed and in good standing in both New York and Pennsylvania. My father has been my biggest influence in my life, motivating me to be a good student, friend, professional, and most importantly, a strong family man. My father has worked tirelessly throughout my life to make sure that his family's needs were always met before his own. Family means everything to my father. I strive to be half the father and grandfather that my father is.

   My mother experienced several complications during her labor and delivery when I was born that required me to receive special occupational services during my early childhood into my early adolescence. Without my father's compassion, love, generosity, and patience, I would not have been able to accomplish any of my goals as a student, including graduating law school with honors and serving as an editor of my law school's Law Review. My father was always there to provide words of encouragement and lend a helping hand, including by allowing me to study at his office and calling me before and after each of my law school exams.

   In the current case before the Court, my father made a bad choice that I know he is remorseful for. Since the current case began, my father has been embarrassed and ashamed of his actions and knows that he has disappointed his family. Given my father's caring and loving qualities, my family and I have forgiven my father for his actions. I hope that this letter and letters received from others can demonstrate my father's good and loving nature to the Court.

   Thank you for your time and consideration regarding this matter.

                                        Respectfully,

                                        Adam P. Haft

January 2, 2026

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10013

**Re: Support for Albert Haft**

Dear Judge Gardephe:

I am writing this letter to you today in earnest support of my husband, Albert Haft.

We have shared a life together as a married couple for 43 years. During that time, we have raised three loving children and have been blessed with six grandchildren. Throughout our marriage, Albert has been my rock and my unwavering support. He is, without question, the most important person in my life.

Albert's life begins and ends with his family. He has always been there to support us in every possible way, whether providing financial stability or offering the personal guidance and care our family needs.

Regarding the current situation, my husband fully realizes that he made a mistake in doing what he did. He is deeply upset, remorseless, and carries a heavy sense of embarrassment and shame over his actions. I am positive that he has learned a profound lesson from this experience and that he will never do anything like this again.

I hope that this letter helps demonstrate the true character of the man Albert really is. Thank you for your time and for considering these words on his behalf.

Sincerely,

Terri Haft



# ANTHONY D. PEGION PC

11 Grace Avenue, Suite 309
Great Neck, New York 11021
Telephone No.: (917) 485-4457 · Fax: (516) 350-5570
Email: anthony@pegionlaw.com

December 29, 2025

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10013

Re:        United States v. Albert Haft 22 CR 19 (PGG)

Dear Judge Gardephe:

I am writing to you on behalf of my long-time accountant Albert Haft. Mr. Haft has served as my personal accountant since I turned 18 years old in 2001 and has handled my business accounting since I started my law practice in 2017. Mr. Haft has also served as the accountant for numerous members of my immediate and extended family, both personally and for their various businesses. My family has trusted Mr. Haft to handle their accounting and tax-related matters since the early 1980s, and we have never used another accountant. Over the decades Mr. Haft has always demonstrated great reliability and expertise. Furthermore, each time myself or a member of my family has referred Mr. Haft to new clients we have always received positive feedback regarding his professionalism and dependability.

It is my understanding that Mr. Haft is taking responsibility for an income tax violation and that he is fully cooperating with the government's prosecution of the parties responsible as I would have expected him to do as I believe that Mr. Haft is an ethical accountant.

Thank you for considering this letter and if you have any additional questions please contact me at any time.

Very truly yours,

*Anthony D. Pegion*

Anthony D. Pegion



**F.A.A.P.M.R.**

**REHABILITATION**

MITCHELL EHRLICH, M.D.,

PHYSICAL MEDICINE AND



Lido Beach, NY 11561



December 29, 2025

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10013

Re:  United States v. Albert Haft
      22 CR 19 (PGG)

Dear Judge Gardephe:

I am writing to you on behalf of my accountant for the past 20 years, Albert Haft. I understand he has a matter before your court.

Albert has diligently and with integrity handled all aspects of the accounting for my medical practice as well as the filings of my family's personal returns.

Apart from that he has advised and protected me from the unscrupulous amongst us who have sort to do me financial harm. I wish I had met him 20 years earlier.

Please do what you can in this matter for this fine man.

Sincerely,

Mitchell Ehrlich, MD



**Hospitality & Security**

Date: December 27th, 2025

To: Honorable Paul G. Gardephe
    United States District Court
    Southe3rn District of New York
    40 Centre Street
    New York, New York 10013

Dear Judge Gardephe:

My name is Dan Dromerhauser, I have owned and operated a Security and Hospitality company since 2011, which is located in South Forida. We service several hotels, condominiums, and citywide events for the Miami Beach and Fort Lauderdale area. During such time and having said that, ,I am writing on behalf of Albert Haft. Albert has been our accountant for such time indicated above and was highly recommended by a friend of mine, back in 2011 where I have used his services ever since due to his knowledge, credibility and professionalism.

Albert has always guided me in the right direction with my company taxes as well as my personal, which coincided, as a business owner. Please note, Albert even stepped up, from a personal level, during my difficult divorce. He was not only there from an accounting standpoint but also as a friend. He worked with me, my ex-wife and her attorney to get through that trying time of my life with a positive outcome for all involved.

Albert is a man of honor, family man and one of the most honest persons I know and can trust, which is certainly hard to come by these days.

I would like to personally thank you for your time and allowing me to submit and consider this note about my friend and accountant- Mr. Albert Haft.

Thank you,

Dan Dromerhauser
Owner- Vision Hospitality Services Inc.
Cell:    (305) 761-0775
Email:    Dan@vhsfl.net

8251 SW 11th Terrace
Miami, Fl. 33144



Atomic Contracting Inc.      ~~82-11  Union Turnpike~~
Flushing N.Y 11366
~~Phone: 718-740-4222~~
~~E-Mail: Ryan@kpdny.com~~

December 29, 2025

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre St, New York, NY 10013

Re: United States V. Albert Haft

Dear Judge Gardephe:

The purpose of this letter is to request leniency in the sentencing of my friend and accountant, Albert Haft.

I have known Abert Haft for almost twenty years. He has been my accountant for many years, and I have referred him to several of my friends. I have always observed him to be a meticulous accountant who connects well with his clients, and he does a good job reviewing and preparing tax returns and explaining them to his clients. He cares about his clients.

In the light of the foregoing, I do not believe that he deliberately tried to deceive anyone which were the subject of the criminal matter. I was very shocked when I heard the news of his prosecution. I understand that this matter has and incredible amount of pain and suffering to him and his family. I respectfully request that he be given leniency so that he can support himself and his family

Thank you,

Ryan Pedram



**Law Offices of Gary Mandel**

1931 Mott Avenue, Suite 415

Far Rockaway, New York 11691

718.471.0100    fax   718.471.0138

Email  Garymandelattorney@gmail.com

12.29.2025

To Whom It May Concern,

I write this letter of support for my friend and accountant Albert Haft.

Mr. Haft has been my accountant for the past 25 years. Over this time
we have also become good friends. As an accountant Mr. Haft has
demonstrated integrity, trustworthiness and unparalleled expertise. I
know him to be a professional in the Tax Laws as well as ethics.

Mr. Haft is generous with his time and knowledge. He is always ready,
willing and able to assist me if I have questions, and he is equally
generous with his time to anyone I would recommend to him for advice.

Mr. Haft is also a great family man as a husband and involved father.

I fully and whole heartedly recommend and support Albert Haft, and I
am available to meet or speak with anyone who would want any further
insight.


Sincerely,

Gary J. Mandel

## JAMAICA LETTER CARRIERS MERGED BRANCH 562

ANDREW WEINER
President

ERIC LOMAX
Vice President / Secretary

BRUCE GOLDSTEIN
Financial Secretary

JOHN LONG
Treasurer

SHERWYN DOPWELL
Sgt. at Arms
Health Benefits
MBA/NSBA

PATRICIA J. CLARK

RAQIYAH G. PLENTY

JOSEPH KURDZIEL
Trustees

Meeting and Office Address: 109-16 Jamaica Avenue
Richmond Hill, New York 11418
Phone: (718) 849-4050 / Fax: (718) 849-0341
Email: nalcbr562@aol.com

December 2, 2025

To whom it may concern:

I am writing this letter of recommendation on behalf of Albert Haft. Albert has been both my personal and buisness accountant for well over 25 years. I have trusted Albert just as I would a close family member. He has given my wife and myself financial advice to which I am very grateful.

As for the business, I represent over 900 union members for which Albert has maintained our finances' related to the I.R.S. and Department of Labor. Any time we receive any correspondence we forward them to him and he immediately addresses the situation. He is highly respected by myself and my board of officers. If you have any questions pertaining to my recommendation please feel free to contact me at the above listed address and phone number.

Sincerely

Andrew Weiner

President Jamaica Letter Carriers



December 3, 2025

To Whom It May Concern,

Mr. Albert Haft has been our Tax Accountant preparing and filing our Post's Form 990-EZ (Return of Organization Exempt from Income Tax) Federal Tax Return for over 25 years.  In addition, Mr. Haft is very helpful by responding to any questions and/or problems that arise regarding our Post's taxes.  He is easily accessible and available to us whenever the need arises. Mr. Haft has been very reliable to our Post throughout these years. If there are any further questions concerning this reference letter, please call John Croker (VFW Post 120 Adjutant/Treasurer) at (516)761-6631.

Sincerely,

Richard DeMartino

VFW Post 120 Commander

VFW POST 120

2 163 Jericho Turnpike
Garden City Park, NY 11040-4705



InterConnect Events
16 Scecs Road
Scarsdale, NY 10583
Phone:   1 (917) 579-1450

17 November 2025

To Whom It May Concern,

I am writing to offer my strongest recommendation for Albert Haft, who has handled my business accounting for nearly two decades and my personal accounting even longer. Over the years, my entire family has come to rely on him—a testament to the trust and confidence we place in his work.

Albert is a diligent, knowledgeable, and steady professional. He brings deep expertise to every conversation and has consistently guided me through complex financial decisions with clarity, practicality, and sound judgment. He has been a trusted advisor through major milestones in both my personal and professional life, and his guidance has helped me make smart, well-informed decisions time and again.

One of Albert's greatest strengths is his reliability. He makes himself available whenever I need support; whether it's a quick question, a strategic discussion, or help navigating an issue or deadline. His calm, straightforward approach inspires confidence, and he has the utmost integrity. Over the years, I have recommended him to many colleagues, friends, and clients, all of whom have had similarly positive experiences.

In short, Albert is excellent at what he does and a pleasure to work with. Any new client would be fortunate to have him in their corner, and I recommend him without hesitation.

Please feel free to contact me if you need any additional information.

Sincerely,

Shari Rosen
Founder & Director
InterConnect Events
M: 917-579-1450





Intercessor Church
50 Saint Thomas
Malverne, NY 11565

**Letter of Recommendation for Albert Haft, CPA**

12/1/2025

**To Whom It May Concern:**

It is with the highest regard and without reservation that I recommend Albert Haft, CPA. I have worked closely with Mr. Haft for **sixteen years** since 2009, during which time he has meticulously managed all financial accounting and reporting for the Church of the Intercessor, a non-profit organization.

**Key Qualifications**

- **Exceptional Integrity and Trustworthiness:** Mr. Haft has demonstrated an unwavering commitment to honesty, ethical conduct, and financial integrity while handling the sensitive and detailed books of our non-profit church.
- **Unparalleled Expertise in Non-Profit Finance:** Over the past sixteen years, he has consistently provided sound financial advice, ensuring our complex reporting, compliance, and governance structures are robust.
- **Diligence and Foresight:** The long-term stability and health of our organization's finances are a direct testament to his highly professional, detail-oriented, and diligent approach.

Albert Haft's professional conduct is perfectly aligned with his personal character—he is a man of honor, integrity, and deep professional commitment.

I highly recommend Albert Haft, CPA, and willingly offer myself as a personal and professional reference should you require further insight.

Sincerely,

John Garrett
Church of the Intercessor

**Contact Information:**

- **Organization:** Church of the Intercessor, 50 Saint Thomas St, Malverne, NY, 11552
- **Business Phone:** 516-599-3780, Personal Cell: 516-582-8735
- **Business Email:** deaconjohn@intercessorchurch.com
- **Personal Email:** jgarrett4200@gmail.com