**LAWRENCE H. SILVERMAN**
ATTORNEY AT LAW
350 VETERANS MEMORIAL HIGHWAY
COMMACK, N.Y. 11725
———
(631) 543-5434

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

February 5, 2026

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street, Room 2204
New York, New York 10007

Re:   United States v. Albert Haft
      United States District Court
      Southern District of New York
      File No. 22 CR 19 PGG

Dear Judge Gardephe:

     As per my telephone call with Sabrina, I respectfully request permission to file corrections to and supplement defendant Albert Haft's Sentencing Memorandum no later than Monday, February 9, 2026, to more specifically to address those issues raised in the Court's January 7, 2026 Order.

Respectfully submitted,

Lawrence H. Silverman