UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-

ALBERT HAFT,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On October 12, 2022, Defendant Albert Haft pled guilty to a Superseding Information charging him with two counts of conspiracy to defraud the United States. ((S1) Information (Dkt. No. 95))  The Government alleges that Haft prepared and submitted to the Internal Revenue Service ("IRS") – on behalf of his clients – fraudulent and materially false tax returns "in order to impede, impair, obstruct, and defeat the IRS's functions in the ascertainment, computation, assessment, and collection of federal income taxes."  (Id. ¶¶ 2, 5)

Haft's sentencing is scheduled for February 18, 2026.  (Dkt. No. 556)  In the Presentence Investigation Report ("PSR"), the Probation Department states that it has

> requested additional specific information from the Government regarding HAFT's participation in the aforementioned conduct, including the total underreported income and resulting tax loss incurred; however, it has not been received to date.

(Id. ¶ 34)  The Government is directed to submit a letter addressing the Probation Department's request for the total underreported income and resulting tax loss incurred as a result of Haft's conduct by **February 13, 2026, at 5:00 p.m.**

Additionally, on January 7, 2026, the Court directed the parties to address co-Defendant William Weiner's allegations that Haft assisted co-Defendant Bradley Pierre in defrauding Weiner, and then falsified evidence "to conceal [Haft's] role in helping Pierre to defraud Dr. Weiner."  (Jan. 7, 2026 Order (Dkt. No. 551) at 1-2 (citing Def. Weiner Aug. 9, 2024 Ltr. (Dkt. No. 453) at 6))  The Government's sentencing submission does not address Weiner's allegations.  Accordingly, the Government is directed to address Weiner's allegations by **February 13, 2026, at 5:00 p.m.**

In addition to filing its response on the docket, the Government will send its submission via email to Chambers at the following email address: GardepheNYSDChambers@nysd.uscourts.gov.

Dated: New York, New York
February 12, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2