**Total Unreported Income on Bradley Pierre's Forms 1040**

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2014-2019 |
|---|---|---|---|---|---|---|---|
| Additional Schedule E Income from MRC | 65,355.32 | 253,653.23 | 248,241.45 | 747,500.31 | 1,193,281.92 | 696,321.93 | $ 3,204,354.16 |
| Additional Schedule E Income from M4Y | 7,179.49 | 1,582.59 | (9,400.13) | 21,012.06 | 152,757.67 | 210,836.83 | $ 383,968.51 |
| Other Income from Amex Pmts Made by 3rd Parties | 32,934.76 | 90,576.82 | 11,304.05 | 7,556.49 | 34,945.93 | | $ 177,318.05 |
| Constructive Dividend Income from MRC 1 | - | | | | | | $ - |
| Constructive Dividend Income from MRC 2 | 168,883.27 | | | | | | $ 168,883.27 |
| | 274,352.84 | 345,812.64 | 250,145.37 | 776,068.86 | 1,380,985.52 | 907,158.76 | $ 3,934,523.99 |
| | | | | | | | |
| **Tax Loss (per RARs)** | **99,348.00** | **128,636.00** | **83,552.00** | **322,193.00** | **562,115.00** | **367,713.00** | **$ 1,563,557.00** |

*1. Payments Directly Received from MRC - Amount Above Reported W-2 and available basis*

*2. Personal Expenses Paid for from MRC - Amount Above Basis*

*Note: There are no constructive dividends from M4Y since only a small amount of personal expenses were confirmed and were below available basis*