**Total Unreported Income on Jean Pierre's Forms 1040**

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2014-2019 |
|---|---|---|---|---|---|---|---|
| **Additional Schedule E Income from JAP** | 11,464.03 | 52,906.46 | 121,104.31 | 17,609.76 | 39,757.06 | 12,740.73 | $ 255,582.35 |
| **Additional Schedule E Income from TC** | - | - | - | 82,268.00 | 144,903.04 | 247,111.38 | $ 474,282.42 |
| **Total Unreported Income on Jean Pierre's Forms 1040** | 11,464.03 | 52,906.46 | 121,104.31 | 99,877.76 | 184,660.10 | 259,852.11 | $ 729,864.77 |
|  |  |  |  |  |  |  |  |
| **Tax Loss (per RARs)** | 2,866.00 | 14,140.00 | 36,400.00 | 31,512.00 | 64,175.00 | 70,907.00 | $ 220,000.00 |