# LAWRENCE H. SILVERMAN
## ATTORNEY AT LAW
### 350 VETERANS MEMORIAL HIGHWAY
### COMMACK, N.Y. 11725

(631) 543-5434

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

March 5, 2026

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: March 6, 2026

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street, Room 2204
New York, New York 10007

Re: United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

As counsel for Albert Haft, I respectfully request an enlargement of time to March 8, 2026 for the defense's response, which is due today, to the questions raised by Your Honor during our February 18, 2026 conference and the Government's February 25, 2026 letter response.

Despite my best efforts, I have been unable to spend the time necessary to adequately address the issues regarding the applicable sentencing guideline and any enhancements that might be appropriate.

Thank you once again for your consideration. I again apologize for any inconvenience this request and any further delay may entail.

Respectfully submitted,

Lawrence H. Silverman

cc: AUSA Michael Lockhard (via ecf)
AUSA Qais Ghafary (via ecf)