UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERT HAFT,

Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, the Defendant's sentencing is adjourned <u>sine die</u>. The Government's supplemental sentencing brief is due on **April 21, 2026.** The Defendant's response is due on **April 28, 2026.**

Dated: New York, New York
     April 14, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge