

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 19, 2026

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, New York 10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**

Dated:  April 20, 2026

Re:     *United States v. Albert Haft*,
        **S1 22 Cr. 19 (PGG)**

Dear Judge Gardephe:

On April 14, 2026, the Court ordered the parties to address certain issues relating to the sentencing of defendant Albert Haft and set a deadline of April 21, 2026, for the Government's supplemental submission and April 28, 2026, for the defendant's supplemental submission.  The Government respectfully requests a two-week extension of these deadlines, to May 5, 2026, and May 12, 2026, respectively, in order to permit adequate time to address the issues raised.  The defendant consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
    Michael D. Lockard / Qais Ghafary
    Assistant United States Attorneys
    (212) 637-2193 / -2534