# LAWRENCE H. SILVERMAN
### ATTORNEY AT LAW
### 350 VETERANS MEMORIAL HIGHWAY
### COMMACK, N.Y. 11725

*(631) 543-5922 FACSIMILE
*NOT FOR SERVICE OF PROCESS
SLARRYLAW@AOL.COM

(631) 543-5434

FORMER NYC OFFICE
THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, N.Y. 10118

May 12, 2026

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Centre Street, Room 2204
New York, New York 10007

Re:    United States v. Albert Haft
United States District Court
Southern District of New York
File No. 22 CR 19 PGG

Dear Judge Gardephe:

As counsel for Albert Haft, I respectfully request an enlargement of time to May 20, 2026 for Mr. Haft's response to the Government's May 5, 2026 supplemental sentencing submission. Mr. Ghafary has indicated his consent to this request.

Thank you once again for your consideration.

Respectfully submitted,

Lawrence H. Silverman

cc:    AUSA Michael Lockard (via ecf)
       AUSA Qais Ghafary (via ecf)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: May 12, 2026