UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALBERT HAFT,

Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for June 18, 2026, at 10:00 a.m., is adjourned to **July 23, 2026, at 11:00 a.m.**

In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will submit proposed orders by **July 9, 2026**, along with an explanation of how the restitution and/or forfeiture amounts were calculated.

Dated: New York, New York
       June 16, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge