

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 13, 2026

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, New York 10007

> **Re:** ***United States v. Albert Haft*,**
> **S1 22 Cr. 19 (PGG)**

Dear Judge Gardephe:

The Government respectfully submits this letter pursuant to the Court's June 16, 2026, order an in connection with sentencing scheduled for July 23, 2026.

The Government does not seek forfeiture in connection with sentencing. The defendant did not profit directly from the tax fraud, and charged his co-conspirators only his usual fees.

The Government seeks restitution to the IRS in the amount of $1,859,685, representing the aggregate restitution obligations of co-defendants Bradley and Jean Pierre and William Weiner, with Haft's liability to be joint and several with each co-defendant in the amount of that co-defendant's restitution obligations. That amount totals $1,859,685, with $1,563,558 to be joint and several with Bradley Pierre; $220,000 to be joint and several with Jean Pierre; and $76,127 to be joint and several with William Weiner.

Bradley Pierre, Jean Pierre, and Weiner each has agreed that these are the correct restitution amounts as to themselves. *See* Order of Restitution as to William Weiner (Dkt. Entry 510); Joint letter on restitution as to William Weiner (Dkt. Entry 507); Consent Order of Restitution as to Jean Pierre (Dkt. Entry 424); Consent Order of Restitution as to Bradley Pierre (Dkt. Entry 422).

**Bradley Pierre Tax Loss and Restitution**

The calculations underlying Bradley Pierre's tax loss, which he stipulated as the amount of his restitution, are reflected in Exhibit A. These calculations were prepared by the IRS based on a review of Pierre's filed income tax returns, as well as the bank and credit card account records for Pierre, Medical Reimbursement Consultants Inc. ("MRC"), and Marketing 4 You Inc. ("M4Y").

These calculations assumed that Pierre's loan agreements with clinics that he funded were legitimate agreements and that payments made to or received from the clinics were pursuant to the loan agreements. Payments from clinics that exceeded the amount that would be paid to MRC or M4Y under the loan agreements were treated as income. As reflected in these calculations, for tax years 2014 through 2019:

- Pierre reported approximately $954,169.51 in gross receipts for MRC that is not reflected in the bank records, resulting in his receipts being exaggerated. However, Pierre underreported his income by claiming approximately $4,158,523.67 in fictitious deductions, resulting in net underreported MRC income of approximately $3,204,354.

- Pierre underreported gross receipts for M4Y by approximately $396,424 but underreported his expenses by approximately $12,456, resulting in net underreported My$ income of approximately $383,968.

- Pierre also had unreported income from clinics that made approximately $177,883 in payments on Pierre's credit cards.

- Finally, Pierre underreported his shareholder dividends by approximately $168,883 by paying personal expenses from his companies' accounts.

Pierre thus underreported his income for tax years 2014 through 2019 by approximately $3,934,532, resulting in a tax loss of approximately $1,563,558.

**Jean Pierre Tax Loss and Restitution**

The calculations underlying Jean Pierre's tax loss, which he stipulated to as the amount of his restitution, are reflected in Exhibit B. These calculations were prepared by IRS based on a review of Jean Pierre's filed income tax returns, as well as bank and credit card records for Pierre and his companies, JAP Multi Services ("JAP") and Tort Cash ("TC").

As reflected in these calculations, for tax years 2014 through 2019, underreported income from JAP by a total of approximately $255,582.35 and underreported income from TC by a total of approximately $474,282.42, for total underreported income of approximately $729,864.77. This resulted in a tax loss of approximately $220,000.

**William Weiner Tax Loss and Restitution**

In connection with sentencing, Weiner prepared a Form 870 to correct his prior income tax returns for the years 2016 to 2019, the time period of the tax fraud conspiracy. Weiner underreported his income by a total of $115,017 as follows: $7,022 for tax year 2016, $61,188 for tax year 2017, $7,917 for tax year 2018, and $38,890 for tax year 2019. Weiner's Form 870 is attached hereto as Exhibit C.

By the time of his sentencing, Weiner paid the tax deficiency for 2019, bringing the total remaining tax loss to $76,127. (Dkt. Entry 507, 510.) Any additional payments to the IRS will be

credited to Weiner's restitution obligation, and to the portion of Haft's obligation that is joint and several with Weiner's obligation.

**Conclusion**

Accordingly, the Government respectfully requests that the Court enter the proposed Order of Restitution accompanying this letter. f

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Michael D. Lockard / Qais Ghafary
Assistant United States Attorneys
(212) 637-2193 / -2534

cc: Defense counsel (by ECF)

[Type text]

**EXHIBIT A**

[Type text]

[Type text]

| Medical Reimbursement Consultants Inc - Reported on Bradley's Schedule E | |
| --- | --- |
| | **2014-2019** |
| **Gross Receipts - Reported** | 15,786,983.00 |
| **Gross Receipts - Actual** | 14,832,813.49 |
| **Over Reported Gross Receipts 2014-2019** | **(954,169.51)** |
| | |
| **Expenses - Reported** | (15,344,718.00) |
| **Expenses - Actual** | (11,186,194.33) |
| **Over Deducted Expenses 2014-2019** | **4,158,523.67** |
| | |
| **Total Under Reported NET Income 2014-2019** | **3,204,354.16** |
| | |
| Marketing 4 You Inc - Reported on Bradley's Schedule E | |
| | **2014-2019** |
| **Gross Receipts - Reported** | 1,127,328.00 |
| **Gross Receipts - Actual** | 1,523,752.52 |
| **Under Reported Gross Receipts 2014-2019** | **396,424.52** |
| | |
| **Expenses - Reported** | (1,155,102.00) |
| **Expenses - Actual** | (1,167,558.01) |
| **Under Deducted Expenses 2014-2019** | **(12,456.01)** |
| | |
| **Total Under Reported NET Income 2014-2019** | **383,968.51** |
| | |
| Personal Expenses Paid for by 3rd Parties - Report as "Other Income" | |
| | **2014-2019** |
| **Bradley Amex Payments made by Rutland** | 139,884.55 |
| **Bradley Amex Payments made by Sky** | 37,433.50 |
| **Unreported Additional Income 2014-2019** | **177,318.05** |
| | |
| **Constructive Dividends 2014** | **168,883.27** |
| | |
| Total Unreported Income on Bradley Pierre's Forms 1040 | |
| | **2014-2019** |
| **Additional Schedule E Income from MRC** | **$ 3,204,354.16** |
| **Additional Schedule E Income from M4Y** | **$ 383,968.51** |
| **Other Income from Amex Pmts Made by 3rd Parties** | **$ 177,318.05** |
| **Constructive Dividend Income from MRC** | **$ 168,883.27** |
| | |
| **Total Unreported Income on Bradley Pierre's Forms 1040** | **$ 3,934,523.99** |
| | |
| **Tax Due & Owing** | **$ 1,563,558.00** |

[Type text]

**<u>EXHIBIT B</u>**

[Type text]

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2014-2019 |
|---|---|---|---|---|---|---|---|
| **Additional Schedule E Income from JAP** | 11,464.03 | 52,906.46 | 121,104.31 | 17,609.76 | 39,757.06 | 12,740.73 | **$ 255,582.35** |
| **Additional Schedule E Income from TC** | - | - | - | 82,268.00 | 144,903.04 | 247,111.38 | **$ 474,282.42** |
| **Total Unreported Income on Jean Pierre's 1040** | 11,464.03 | 52,906.46 | 121,104.31 | 99,877.76 | 184,660.10 | 259,852.11 | **$ 729,864.77** |
| **Tax Loss (per RARs)** | 2,866.00 | 14,140.00 | 36,400.00 | 31,512.00 | 64,175.00 | 70,907.00 | **$ 220,000.00** |