**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
UNITED STATES OF AMERICA
v.
ALBERT HAFT

Docket No.: S1 22 Cr. 19 (PGG)
PAUL G. GARDEPHE
(District Court Judge)

Notice is hereby given that ALBERT HAFT appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] AND ORDER OF RESTITUTION (specify)
entered in this action on AUGUST 10, 2026 (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [X] Other [ ]

Defendant found guilty by plea [X] trial [ ] N/A [ ]

Offense occurred after November 1, 1987? Yes [X] No [ ] N/A [ ]

Date of sentence: AUGUST 7, 2026 N/A [ ]

Bail/Jail Disposition: Committed [ ] Not committed [X] N/A [ ]

Appellant is represented by counsel? Yes [X] No [ ] If yes, provide the following information:

Defendant's Counsel: LAWRENCE H. SILVERMAN

Counsel's Address: 350 VETERANS MEMORIAL HIGHWAY
COMMACK, NEW YORK 11725

Counsel's Phone: 516-983-5330

Assistant U.S. Attorney: MICHAEL LOCKARD

AUSA's Address: 26 FEDERAL PLAZA, 37TH FLOOR
NEW YORK N.Y. 10278

AUSA's Phone: (212) 637-2193 / -2534

[signature]
Signature

ORITY
AIL
PRESS®

T RATE
'ELOPE
TE ■ ANY WEIGHT

dule free Package Pickup,
scan the QR code.

SPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

LAWRENCE H. SILVERMAN
350 VETERANS MEMORIAL HWY
COMMACK, N.Y. 11725

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY

ZIP + 4® (U.S. ADDRESSES ONLY) 10007

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

RECEIVED

AUG 19 2026

E

US POSTAGE PAID
$35.90
Origin: 11725
08/18/26
3517850725-14

PRIORITY MAIL EXPRESS®

LAWRENCE H SILVERMAN
350 VETERANS MEMORIAL HWY
COMMACK NY 11725-4316

0 Lb 1.80 Oz
RDC 07

SCHEDULED DELIVERY DAY: 08/21/26 06:00 PM

SHIP TO: Appeals C099

US DISTRICT COURT
SOUTHERN DISTRICT OF NY
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #

9570 1129 8730 6230 4620 81

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.